# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL K. ROOF  
370 RICHMOND LANE  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-4154

Case Number: 07-72853

Case filed on: 11/21/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,320.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CODILIS & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | STATE OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL K. ROOF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS BANK | 9,915.79 | 9,915.79 | 419.00 | 273.14 |
| 002 | COUNTRYWIDE HOME LOANS INC | 12,090.67 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 8,750.00 | 7,913.00 | 353.50 | 188.12 |
| 005 | INTERNAL REVENUE SERVICE | 7,502.27 | 7,502.27 | 0.00 | 0.00 |
|  | Total Secured | 38,258.73 | 25,331.06 | 772.50 | 461.26 |
| 001 | CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 1,117.97 | 1,954.97 | 0.00 | 0.00 |
| 007 | CENTURY LIQUIDATION | 1,290.16 | 1,290.16 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 539.95 | 539.95 | 0.00 | 0.00 |
| 009 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 415.11 | 415.11 | 0.00 | 0.00 |
|  | Total Unsecured | 3,363.19 | 4,200.19 | 0.00 | 0.00 |
|  | Grand Total: | 41,621.92 | 29,531.25 | 772.50 | 461.26 |

Total Paid Claimant:   $1,233.76  
Trustee Allowance:   $86.24  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008           By  /s/Heather M. Fagan